# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marlandow Begay,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Collette Peters, et al.,<br><br>　　　　　Defendants. | **NO. CV-23-01316-PHX-DJH (CDB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 15, 2023, Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

November 3, 2023

　　　　　　　　　　　　　　　　　　s/ W. Poth
　　　　　　　　　　　　　By　　　Deputy Clerk